IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NICHOLAS W. DiPIETRO, a minor, by and through EDWARD D. DiPIETRO and KATHLEEN DiPIETRO, his parents and natural guardians, and EDWARD D. DiPIETRO and KATHLEEN DiPIETRO in their own right | : CIVIL ACTION : : : |
| vs. | |
| POOLMASTER, INC. | : NO. 13-1091 |

## ORDER

AND NOW, this 15th day of APRIL, 2014, upon consideration of the Petition for Minor's Compromise in the above action, it is hereby ORDERED and DECREED that THE COMPROMISE AGREEMENT IS APPROVED AND the parties may compromise this action upon the terms of the proposed compromise set forth in the Petition filed by Edward D. DiPietro and Kathleen DiPietro, as parents and natural guardians of the minor plaintiff, as a result of a settlement of Petitioners' claims against defendant, Poolmaster, Inc. Petitioners are authorized to pay the following medical lien, counsel fees and expenses from the amount the minor plaintiff is entitled to receive in this action:

| | |
|---|---:|
| Gross Settlement Amount | $ 50,000.00 |
| Attorney's Fee (reduced to 30%) (Referral fee of 25% to be paid from this amount to Steven Bazil, Esquire) | 15,000.00 |
| Capital Blue Cross medical lien | 750.00 |
| Edward D. DiPietro and Kathleen DiPietro | 1,000.00 |
| Litigation costs | 8,196.56 |
| Edward D. DiPietro and Kathleen DiPietro, parents and natural guardians of Nicholas DiPietro, in trust pursuant to Pa. R.C.P. 2039(a) | $ 25,053.44 |

Upon payment by and on behalf of defendant, Poolmaster, Inc., all claims arising out of the injuries sustained by the minor plaintiff on July 5, 2011 are released, satisfied and paid in full.

Plaintiffs are directed to execute a General Release and to discontinue the above action with prejudice.

It is further Ordered and Decreed that upon payment of the counsel fees and other authorized expenses in accordance with Pa. R.C.P. 2039(a), the balance of the fund is to be paid to the minor plaintiff's parents and natural guardians, Edward D. DiPietro and Kathleen DiPietro, in trust for Nicholas DiPietro

Petitioners' proof of deposit of the aforementioned money shall be promptly filed of record.

BY THE COURT:

_____
Nitza I. Quiñones-Alejandro